Felony

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Southern District of Texas
FILED
MAY 0 5 2016
David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B-16-mJ-450 |
| Gerardo Omar FRANCO-De La Cruz | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of May 4, 2016 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 USC 841 and 846 | Knowingly and intentionally possess with intent to distribute approximately 119.1 kilograms of marijuana, a Schedule 1 controlled substance and; Conspiracy to possess with intent to distribute the same approximate 119.1 kilograms of marijuana. |

This criminal complaint is based on these facts:

See attached page.

[x] Continued on the attached sheet.

_____
Complainant's Signature

Michael Cadriel    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

May 5, 2016
*Date*

_____
Judge's signature

Brownsville, Texas
*City and State*

Ronald Morgan    U.S. Magistrate Judge
*Printed name and title*

Criminal Complaint

Continuation Page

B-16-mJ-450

On May 4, 2016 at approximately 1:00 p.m., U.S. Border Patrol Agents from the Olmito, Texas Station observed a Gray in color Ford Expedition driving southbound on Palm Blvd. towards the Rio Grande River at a high rate of speed. Shortly thereafter, Agents observed the same Ford Expedition driving back northbound at a high rate of speed on Palm Blvd. towards Mexico Blvd. U.S. Border Patrol Agents began to follow the vehicle towards Mexico Blvd. when the driver of the Ford Expedition made a quick right turn and jumped over a sidewalk and came to a stop on the median on Mexico Blvd. U.S. Border Patrol Agents observed the driver of the Ford Expedition exit the vehicle and start running southbound away from the U.S. Border Patrol Units. Field Agents gave chase of the driver, never losing sight of the individual, and apprehended the driver of the Ford Expedition. A K-9 Unit arrived at the scene and conducted a free air sniff around the vehicle which resulted in a positive alert for narcotics. A search of the vehicle resulted in the seizure of 11 bundles of suspected marijuana. The marijuana was field tested with positive results for marijuana and had a combined weight of 119.1 Kgs/261.8 lbs of marijuana. The driver was identified as Gerardo Omar FRANCO-De La Cruz and was found to be in the country illegally. Gerardo Omar FRANCO-De La Cruz was read his Miranda Warnings in Spanish and stated that he understood his rights and was willing to cooperate with the investigation. Gerardo Omar FRANCO-De La Cruz informed U.S. Border Agent Mike Cadriel and DEA TFO Joe Villarreal that he was indeed the driver of the Gray Ford Expedition seized with the bundles of marijuana.

_____
Complainant's Signature

Michael Cadriel   Special Agent
Print Name and Title

_____
Judge's Signature

Ronald G. Morgan U.S. Magistrate Judge
Print Name and Title

May 5, 2016
Date