UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 7 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. |
| GERARDO OMAR FRANCO-DE LA CRUZ | | B-16-418 |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

From on or about February 16, 2016 to May 4, 2016, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**GERARDO OMAR FRANCO-DE LA CRUZ,**

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity more than one hundred (100) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

*Revised 1/30/14*

## COUNT TWO

On or about February 16, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**GERARDO OMAR FRANCO-DE LA CRUZ,**

did knowingly and intentionally possess with intent to distribute a quantity more than one hundred (100) kilograms, that is, approximately 215 kilograms (or 474 pounds) of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about April 18, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**GERARDO OMAR FRANCO-DE LA CRUZ,**

did knowingly and intentionally possess with intent to distribute a quantity more than one hundred (100) kilograms, that is, approximately 257 kilograms (or 568 pounds) of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about May 4, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**GERARDO OMAR FRANCO-DE LA CRUZ**,

did knowingly and intentionally possess with intent to distribute a quantity more than one hundred (100) kilograms, that is, approximately 119 kilograms (or 262 pounds) of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ISRAEL CANO III
Assistant United States Attorney